McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDOLPH PICCHI,<br><br>    Defendant. | CASE NO. 1:19-CR-00153-DAD-BAM<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR BAIL REVIEW; ORDER<br><br>DATE: April 29, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

### STIPULATION

On April 22, 2020, defendant Randolph Picchi filed a Motion for Bail Review (Dkt. 55). The hearing on the Motion for Bail Review is currently scheduled for April 29, 2020. Counsel for Picchi has been exploring additional information for a possible release plan for Picchi and requires additional time to continue to investigate these options. The parties therefore stipulate to continue the hearing on the motion for bail review to Friday, May 1, 2020, at 2:00 p.m. before the Honorable Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **April 28, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1

IT IS SO STIPULATED.

Dated:  April 28, 2020                                     McGREGOR W. SCOTT
                                                                              United States Attorney

                                                                              /s/ ROSS PEARSON
                                                                              ROSS PEARSON
                                                                              Assistant United States Attorney


Dated:  April 28, 2020                                     /s/ JOHN F. GARLAND
                                                                              JOHN F. GARLAND
                                                                              Counsel for Defendant
                                                                              RANDOLPH PICCHI
                                                                              (Authorized by email on April 28, 2020)

**ORDER**