JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RANDOLPH PICCHI.,<br><br>   Defendant**.** | Case No. 1:19-CR-00153 DAD-BAM<br><br>**STIPULATION TO CONTINUE BAIL REVIEW HEARING AND ORDER THEREON**<br><br>DATE:  May  20, 2020<br>TIME:  2:00 p.m.<br>Courtroom Nine<br><br>**Honorable  Stanley A. Boone** |

    Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Ross Pearson, Assistant United States Attorney, hereby stipulate to continue the Bail Review Hearing from May 1, 2020 to May 20, 2020 at 2:00 p.m. This continuance is necessary to allow the defendant additional time to provide additional information to support his proposed release plan after review of the Pretrial Services supplemental report.

    **IT IS SO STIPULATED**:

Dated: May  1, 2020                              /s/ John F. Garland
                                                                                   John F. Garland
                                                                             Attorney for Defendant
                                                                             RANDOLPH PICCHI

Dated:  May 1, 2020                               McGregor W. Scott
                                                  United States Attorney

                                                  /s/   Ross Pearson
                                              By:     Ross Pearson
                                                  Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Bail Review Hearing for defendant Randolph Picchi be continued from May 1, 2020 to **May 20, 2020 at 2:00 p.m.** before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  __**May 1, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE