JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RANDOLPH PICCHI,<br><br>  Defendant. | Case No. 1:19-CR-00153 DAD-BAM<br><br>**STIPULATION FOR PRETRIAL RELEASE AND ORDER THEREON** |

   Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Ross Pearson, Assistant United States Attorney, hereby stipulate that the defendant be released pretrial and that the defendant's pretrial release is subject to the conditions set forth below.

**STIPULATIONS**

   The parties stipulate and agree to the following:

(1)   The United States is currently in the midst of a world-wide coronavirus pandemic. Coronavirus (COVID-19) is an extraordinarily contagious disease and extraordinary and crucial efforts to contain it have been ordered by the President of the United States, the Centers for

Disease Control and Prevention ("CDC"), and the Governor of the State of California. The pandemic and the aforementioned orders are impacting the lives of every person in the United States.

(2) The CDC has published a list of persons who are at high-risk for severe illness or death from COVID-19. (http://www.cdc.gov/coronavirus/2019-ncov/faq.html#conditions) Based on the CDC's criteria, defendant's age (62 years old), living conditions (county jail) and medical conditions (mild Chronic Obstructive Pulmonary Disease (COPD), irregular heartbeat, diabetes, liver cirrhosis, hepatitis C, complications from gall bladder surgery and possible colon tumors) place him in the group of those persons at extremely high-risk for severe illness and possibly death from COVID-19 if he remains incarcerated during the coronavirus pandemic.

(3) Jails and prisons are "tinderboxes for infectious diseases." Jails - where prisoners come and go more frequently than in prison - are responsible for some of the worst COVID-19 outbreaks in the United States. The Fresno County Jail, where the defendant is housed, is no exception. Since June 19, 2020 there has been an outbreak of COVID-19 in the Fresno County Jail. As of July 7, 2020 580 inmates have tested positive for COVID-19 at the Fresno County Jail.

(4) Because the defendant presents with extraordinary high-risk of severe illness or possibly death from COVID-19 if he contracts the highly contagious virus while incarcerated, pretrial release is warranted.

**PRETRIAL RELEASE CONDITIONS**

(1) The defendant shall not violate any federal, state or local laws while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant is released to the third party custody of Michelle Powers.

(4) The defendant shall reside at the residence of Michelle Powers and not move or absent himself from that residence for more than 24 hours without prior approval.

(4) The defendant's travel is restricted to the Northern and Eastern Districts of California.

(5) The defendant must surrender his passport to the Clerk of the United States District Court and must not apply for or obtain a passport or any other travel documents during the pendency of this case.

(6) The defendant must not possess, have in his residence, or access to any firearm or ammunition, or other dangerous weapons; additionally, the defendant must provide written proof of divestment of all firearms and ammunition currently under his control.

(7) The defendant must refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medicinal marijuana prescribed and/or recommended may not be used.

(8) The defendant must submit to drug and/or alcohol testing upon request.

(9) The defendant must appear in court as required and, if convicted, must surrender as directed to serve any sentence that the court may impose.

If the defendant fails to abide by the pretrial release conditions set forth herein, the defendant's release may be revoked and the defendant may be detained.

Dated:  July 8, 2020                                /s/ John F. Garland
                                                                    John F. Garland
                                                                    Attorney for Defendant
                                                                    RANDOLPH  PICCHI

Dated: July 8, 2020                                          McGregor W. Scott
                                                             United States Attorney

                                                             /s/ Ross Pearson
                                                        By:  Ross Pearson
                                                             Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that defendant RANDOLPH PICCHI is RELEASED from custody and the defendant is subject to the pretrial release conditions set for above. Defendant is not on Pretrial Services supervision, and if Defendant violates, the government is directed to file the appropriate motion.

IT IS SO ORDERED.

Dated:  **July 9, 2020**                            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE