JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH  PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDOLPH PICCHI,<br><br>    Defendant. | Case No. 1:19-CR-00153-DAD-BAM<br><br>**WAIVER OF APPEARANCE<br>AND ORDER THEREON**<br><br>DATE: December 9, 2020<br>TIME: 1:00 p.m.<br>Courtroom Eight<br><br>HON.  BARBARA A. McAULIFFE |

Defendant, RANDOLPH PICCHI, hereby waives his right to be present in person in open court upon all pretrial hearings presently set or set in the future in the above entitled case. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing(s) by the presence of his attorney, John F. Garland. Defendant further agrees to be present in person in court at all future hearing dates at which his presence is required by the court, including the date set for jury trial.

Dated: October __1__, 2020              /s/ Randolph Picchi
                                        RANDOLPH  PICCHI

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant RANDOLPH PICCHI is hereby excused from appearing at all pretrial hearings before the court, unless the presence of the defendant at any pretrial hearing is required by the court.

IT IS SO ORDERED.

Dated:   **October 5, 2020**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE