JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

RANDOLPH PICCHI,

    Defendant**.**

Case No. 1:19-CR-00153 DAD-BAM

**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS AND  ORDER THEREON**

    Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Ross Pearson, Assistant United States Attorney, hereby stipulate that the defendant's pretrial release conditions be modified as set forth below.

### PRETRIAL RELEASE CONDITIONS

    The defendant is currently on pretrial release subject to the conditions in the *Amended* Order Setting Conditions of Release (Doc. 123). Condition 7(k) of said order provides in relevant part that the defendant shall participate in a Location Monitoring program . . . **HOME DEENTION:** [defendant] must reside inside [his] residence at all times except for . . . medical . . . activities pre-approved by the PSO.

The defendant is scheduled for a colonoscopy at Memorial Medical Center in Modesto, California on July 23, 2021 at 8:00 a.m. The Miralax colonoscopy instructions provided to the defendant by his physician require the defendant to take laxatives the afternoon and evening prior to the procedure (July 22, 2021) and at 6:00 a.m. the morning of the procedure (July 23, 2021) to clear his bowels. The defendant resides in Hayward, California and he will not be able to travel from Hayward to Modesto, a distance of approximately 70 miles between 6:00 a.m. and 8:00 a.m. on July 23rd without stopping to use the restroom.

**STIPULATION**

The parties hereby stipulate that the defendant has remained in compliance with his conditions of pretrial release since May 21, 2021. The parties further stipulate that the defendant's release condition 7(k) be modified to allow the defendant to travel from his residence in Hayward on July 22, 2021 after 12:00 p.m. to Modesto, California and spend the night in a motel in order to take the laxatives as instructed prior to his scheduled colonoscopy on July 23, 2021 at 8:00 a.m.  The defendant will not be subject to electronic monitoring from the time he leaves his residence on July 22, 2021 and travels to Modesto, until he returns to his residence after the colonoscopy on July 23, 2021.

The defendant shall notify his supervising Pretrial Services Officer of the name and location of the motel in which he is staying within one-half hour of his arrival at the motel. The defendant shall comply with all telephonic and virtual reporting instructions provided by his supervising Pretrial Services Officer in the Northern District of California.

The defendant shall notify his supervising Pretrial Services Officer immediately after the colonoscopy procedure is completed and the defendant is released from Memorial Medical Center, and shall travel directly from the medical center to his residence in Hayward.

The defendant shall notify his supervising Pretrial Services Officer immediately upon his arrival at his residence in Hayward, California.

Dated:  July 19, 2021                                /s/ John F. Garland
                                                                      John F. Garland
                                                                      Attorney for Defendant
                                                                      RANDOLPH  PICCHI

Dated:  July 19, 2021                                Phillip A. Talbert
                                                                Acting United States Attorney

                                                                      /s/ Ross Pearson
                                                                By:   Ross Pearson
                                                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that defendant RANDOLPH PICCHI's Release Condition 7(k) is modified as set forth above.

**IT IS SO ORDERED**

Dated:  July 19, 2021                    */s/Sheila K. Oberto*
                                                        United States Magistrate Judge