JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

RANDOLPH PICCHI,

    Defendant**.**

Case No. 1:19-CR-00153 DAD-BAM

**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS AND  ORDER THEREON**

    Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Laurel J. .Montoya, Assistant United States Attorney, hereby stipulate that the defendant's  pretrial release conditions be modified as set forth below.

## MODIFIED PRETRIAL RELEASE CONDITIONS

    The defendant is currently on pretrial release subject to the conditions in the _Amended_ Order Setting Conditions of Release (Doc. 123). **Condition 6** provides that the defendant is placed in the custody of Michelle Powers. The parties stipulate that **Condition 6** be <u>terminated</u>.

 **Condition 7(c)** is modified to "You must reside at a location approved by the pretrial services officer and not move or absent yourself from the residence for more than 24 hours without the

1

prior approval of the pretrial services officer; travel is restricted to the Eastern District of California, unless otherwise approved in advance by the pretrial services officer."

**Condition 7(k)** is modified to "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based on your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from **6:00** pm to **6::00** am, or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations."

All prior orders of the Court not in conflict with the above modified conditions remain in full force and effect.

Pretrial Services Officer Anthony Perez agrees to the above modification of pretrial release conditions.

Dated:  September 29, 2021                         /s/ John F. Garland
                                                    John F. Garland
                                                    Attorney for Defendant
                                                    RANDOLPH  PICCHI

Dated:  September 29, 2021                    Phillip A. Talbert
                                              Acting United States Attorney

                                                 /s/ Laurel J. Montoya
                                           By:   Laurel J. Montoya
                                                 Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Pretrial Release conditions of defendant RANDOLPH

PICCHI are modified as set forth above.


IT IS SO ORDERED.

Dated:   **September 30, 2021**            /s/ _Barbara A. McAuliffe_
                                         UNITED STATES MAGISTRATE JUDGE