JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00153 ADA-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND  ORDER THEREON** |
| v. | |
| RANDOLPH PICCHI, | **DATE:  January  23, 2023** |
| Defendant. | **TIME: 8:30 a.m.** |
| | **Courtroom One** |
| | **Honorable  Ana de Alba** |

Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from November 28, 2022, to **January 23, 2023,** at **8:30 a.m.** This continuance is necessary because the United State Probation Officer and counsel have not been able to complete the Presentence Interview of the defendant due to conflicts in the schedule of counsel for the defendant. Due to these circumstances, a continuance is necessary to conduct the Presentence Interview of the defendant and to allow the United States Probation Officer sufficient time to prepare the *Draft* Presentence Investigation Report.

In light of the circumstances set forth above, the parties further stipulate that the Sentencing Schedule for this case be modified by extending the dates eight weeks.

Because the defendant has pleaded guilty, the Speedy Trial Act does not apply and no exclusion of time is necessary.

Dated:  October 28, 2022                          /s/ John F. Garland
                                                          John F. Garland
                                                          Attorney for Defendant
                                                          RANDOLPH PI CCHI


Dated:  October 28, 2022                          Phillip A. Talbert
                                                          United States Attorney

                                                          /s/ Laurel J. Montoya
                                                   By:   Laurel J. Montoya
                                                          Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the IN PERSON sentencing hearing for defendant RANDOLPH PICCHI is continued to January 23, 2023, at 8:30 a.m. and the Sentencing Schedule is modified by extending the dates eight weeks.

IT IS SO ORDERED.

   Dated:   November 1, 2022   _____

                                       UNITED STATES DISTRICT JUDGE