PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH PICCHI,<br><br>Defendant. | CASE NO. 1:19-CR-00153-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 23, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 23, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until May 22, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  The government does not object to, and joins in the request for the continuance.

  IT IS SO STIPULATED.

Dated: January 18, 2023        PHILLIP A. TALBERT
                     United States Attorney

                     /s/ LAUREL J. MONTOYA
                     LAUREL J. MONTOYA
                     Assistant United States Attorney

Dated: January 18, 2023        /s/ JOHN F. GARLAND
                     JOHN F. GARLAND
                     Counsel for Defendant
                     RANDOLPH PICCHI

IT IS SO ORDERED.

 Dated:  January 18, 2023        _____
                     UNITED STATES DISTRICT JUDGE