JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDOLPH PICCHI,<br><br>　　　　Defendant. | Case No. 1:19-CR-00153 DAD-BAM<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS AND  ORDER THEREON** |

Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Laurel J. .Montoya, Assistant United States Attorney, hereby stipulate that the defendant's pretrial release conditions be modified as set forth below.

**MODIFIED PRETRIAL RELEASE CONDITIONS**

The defendant is currently on pretrial release subject to the conditions in the *Amended* Order Setting Conditions of Release (Doc. 123). **Condition 7(h)** provides that the defendant must "submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;" The parties stipulate that **Condition 7(h)** be <u>terminated</u> due

to the defendant's continued compliance.

All prior conditions of release and orders of the Court not in conflict with the above modified conditions remain in full force and effect.

Pretrial Services Officer Renee Basurto agrees to the above modification of pretrial release conditions.

Dated: June 21, 2023
/s/ John F. Garland
John F. Garland
Attorney for Defendant
RANDOLPH PICCHI

Dated: June 21, 2023
Phillip A. Talbert
Acting United States Attorney

/s/ Laurel J. Montoya
By:   Laurel J. Montoya
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Pretrial Release conditions of defendant RANDOLPH PICCHI are modified as set forth above.

IT IS SO ORDERED.

Dated:   **June 22, 2023**
/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE