JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00153 ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS AND ORDER THEREON** |
| v. | |
| RANDOLPH PICCHI, | |
| Defendant. | |

   Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Laurel J. .Montoya, Assistant United States Attorney, hereby stipulate that the defendant's pretrial release conditions be modified as set forth below.

**MODIFIED PRETRIAL RELEASE CONDITIONS**

   The defendant is currently on pretrial release subject to the conditions in the *Amended* Order Setting Conditions of Release (Doc. 123). On September 30, 2021 **Condition 7(k)** was modified to "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must

comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based on your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from **6:00** pm to **6::00** am, or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations." [Doc. 142]

The parties now stipulate that the curfew in **Condition 7(k)** be modified as follows: "**CURFEW:** You must remain in your residence every day from **9:00 pm** to **6:00 am**, or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations."

All prior orders of the Court not in conflict with the above modified conditions remain in full force and effect.

Pretrial Services Officer Renee Basurto agrees to the above modification of pretrial release conditions.

Dated:  July 13, 2023                     /s/ John F. Garland
                                                        John F. Garland
                                                        Attorney for Defendant
                                                        RANDOLPH PICCHI


Dated:  July 13, 2023                     Phillip A. Talbert
                                                        United States Attorney

                                                        /s/ Laurel J. Montoya
                                                  By:  Laurel J. Montoya
                                                        Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the Pretrial Release conditions of defendant RANDOLPH PICCHI are modified as set forth above.

IT IS SO ORDERED.

Dated: __**July 14, 2023**__         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

3