PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RANDOLPH PICCHI,<br><br>                Defendant. | CASE NO. 1:19-CR-00153-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: October 23, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 23, 2023.

2. By this stipulation, defendant now moves to continue the sentencing hearing until January 29, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated:  October 16, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  October 16, 2023

/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for Defendant
RANDOLPH PICCHI

IT IS SO ORDERED.

Dated:   October 18, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING;
ORDER

2