1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:19-CR-00153-NODJ-BAM

12                     Plaintiff,          STIPULATION TO CONTINUE SENTENCING
                                           HEARING; ORDER
13            v.
                                           DATE: January 29, 2024
14  RANDOLPH PICCHI,                       TIME: 8:30 a.m.
                                           COURT:
15                     Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for sentencing on January 29, 2024.

21        2.    By this stipulation, defendant now moves to continue the sentencing hearing until April

22  22, 2024.

23        3.    The parties agree and stipulate, and request that the Court find the following:

24        a)    Counsel for defendant and the government desire additional time to conduct post-

25  plea investigation and prepare for the sentencing hearing.

26        b)    Issues have come up since the last request that counsel need to address prior to

27  going forward with the sentencing hearing.

28        c)    Counsel for defendant believes that failure to grant the above-requested

STIPULATION TO CONTINUE SENTENCING HEARING;            1
ORDER

1   continuance would deny him/her the reasonable time necessary for effective preparation, taking

2   into account the exercise of due diligence.

3        d)      The government does not object to, and joins in the request for the continuance.

4   IT IS SO STIPULATED.

6   Dated:  January 23, 2024                    PHILLIP A. TALBERT
                                                 United States Attorney

8                                                /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
9                                                Assistant United States Attorney

11  Dated:  January 23, 2024                     /s/ JOHN F. GARLAND
                                                 JOHN F. GARLAND
12                                               Counsel for Defendant
13                                               RANDOLPH PICCHI

15                          **FINDINGS AND ORDER**

16      IT IS SO FOUND that the ends of justice are served by requested continuance.

17      IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendant in a speedy.

19      IT IS ORDERED that the sentencing set for January 29, 2024, is continued to **April 22, 2024, at**

20  **8:30 a.m. in Courtroom 5 before the District Court Judge**.

21  IT IS SO ORDERED.

23   Dated:   **January 24, 2024**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING;             2
ORDER