1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:19-CR-00153-NODJ-BAM

12                         Plaintiff,      STIPULATION TO CONTINUE SENTENCING
                                           HEARING; ORDER
13              v.
                                           DATE: May 6, 2024
14  RANDOLPH PICCHI,                       TIME: 8:30 a.m.
                                           COURT:
15                         Defendant.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for sentencing on May 6, 2024.

21          2.      By this stipulation, defendant now moves to continue the sentencing hearing until August

22  26, 2024.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24                  a)      Counsel for defendant and the government desire additional time to conduct post-

25  plea investigation and prepare for the sentencing hearing.

26                  b)      Issues that counsel need to address prior to going forward with the sentencing

27  hearing have not been resolved as of this date and additional time is needed.

28                  c)      Counsel for defendant believes that failure to grant the above-requested

STIPULATION TO CONTINUE SENTENCING HEARING;        1
ORDER

continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to, and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated:  April 23, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  April 23, 2024

/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for Defendant
RANDOLPH PICCHI

## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the sentencing set for May, 6, 2024 is continued to **August 26, 2024 at 8:30 am in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **April 24, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE