PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH PICCHI,<br><br>Defendant. | CASE NO. 1:19-CR-00153-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: August 26, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 26, 2024.

2. By this stipulation, defendant now moves to continue the sentencing hearing until January 27, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Issues that counsel need to address prior to going forward with the sentencing hearing have not been resolved as of this date and additional time is needed.

    c) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to, and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated:  August 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  August 19, 2024

/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for Defendant
RANDOLPH PICCHI

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from August 26, 2024, to **January 27, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **August 19, 2024**      /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE