MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH PICCHI,<br><br>Defendant. | CASE NO. 1:19-CR-00153-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER<br><br>DATE: January 21, 2025<br>TIME: 9:30 a.m.<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 21, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing until June 2, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

   b) Issues that counsel need to address prior to going forward with the sentencing hearing have not been resolved as of this date and additional time is needed.

   c) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to, and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated:  January 15, 2025                     MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney


Dated:  January 15, 2025                     /s/ JOHN F. GARLAND
                                             JOHN F. GARLAND
                                             Counsel for Defendant
                                             RANDOLPH PICCHI

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from January 21, 2025, to **June 2, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The Court also sets a status conference for **March 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:  **January 15, 2025**                     /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE