ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00153-DAD-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING; ORDER |
| v. | DATE: October 20, 2025 |
| RANDOLPH PICCHI, | TIME: 10:00 a.m. |
| Defendant. | COURT: Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing re: sentencing on October 20, 2025.

2. By this stipulation, defendant now moves to continue the status hearing until January 12, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

   b) Issues that counsel need to address prior to going forward with the sentencing hearing have not been resolved as of this date and additional time is needed.

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

1

c) Counsel for defendant has a scheduling conflict that arose after the date currently set for the sentencing status hearing was set by this Court.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to, and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated: October 12, 2025
ERIC GRANT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: October 12, 2025
/s/ JOHN F. GARLAND
JOHN F. GARLAND
Counsel for Defendant
RANDOLPH PICCHI

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing,

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the status hearing re: sentencing set for October 20, 2025, is continued to January 12, 2026, at 9:30 AM, in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno.

IT IS SO ORDERED.

Dated: **October 14, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

2