ERIC GRANT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RANDOLPH PICCHI,<br><br>　　　　　Defendant. | CASE NO. 1:19-CR-00153-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING; ORDER<br><br>DATE: January 12, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing re: sentencing on January 12, 2026.

2. By this stipulation, defendant now moves to continue the status hearing until April 6, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant and the government desire additional time to conduct post-plea investigation and prepare for the sentencing hearing.

    b) Issues that counsel need to address prior to going forward with the sentencing hearing have not been resolved as of this date and additional time is needed.

c) Counsel for defendant has a scheduling conflict that arose after the date currently set for the sentencing status hearing was set by this Court.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to, and joins in the request for the continuance.

IT IS SO STIPULATED.

Dated: January 7, 2026                    ERIC GRANT
                                          United States Attorney

                                          /s/ LAUREL J. MONTOYA
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

Dated: January 7, 2026                    /s/ JOHN F. GARLAND
                                          JOHN F. GARLAND
                                          Counsel for Defendant
                                          RANDOLPH PICCHI

## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the status hearing re: sentencing set for January 12, 2026, is continued to **April 6, 2026, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd.**

Dated: January 7, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

2