JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDOLPH PICCHI,<br>Defendant**.** | Case No. 1:19-CR-00153- DAD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

The Court, having considered Defendant, Randolph Picchi's Request To Seal Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and Defendant's Sentencing Memorandum, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum shall be **FILED UNDER SEAL**.

IT IS SO ORDERED.

Dated: **August 20, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

DECLARATION OF SERVICE

I, John F. Garland, declare that I am over eighteen years of age and not a party to the within action; my business address is 2950 Mariposa Street, Suite 130, Fresno, California 93721.

On August 20, 2026 I electronically served a copy of the attached [Proposed]  Order Granting Request To Seal Documents on the following party at their e-mail address:

Ross Pearson
Assistant U.S. Attorney
ross,pearson@usdoj.gov

I declare under penalty of perjury that the forgoing is true and correct.

Executed at Fresno, California on August 20, 2026.

/s/ John F. Garland
John F. Garland