JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
RANDOLPH PICCHI

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDOLPH PICCHI,<br>Defendant. | Case No. 1:19-CR-00153-DAD<br>**APPLICATION FOR ORDER EXONERATING BOND AND ORDER THEREON** |

Defendant, RANDOLPH PICCHI, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the $10,000 bond secured by the Certificate of Title to a 1998 Harley Davidson deposited with the Clerk of the Court in the above captioned case.

On May 24, 2021 United States Magistrate Judge Erica P. Grosjean issued an Amended Order Setting Conditions of Release (Doc. 123) and an Appearance and Compliance Bond (Doc. 122) setting conditions of pretrial supervision for Randolph Picchi, and ordered a secured bond of $10,000.00 secured by the Certificate of Title to a 1998 Harley Davidson. The Certificate of Title was deposited with the Clerk of the Court on June 25, 2021 (Doc. 125). Randolph Picchi remained on pretrial supervision until August 24, 2026, when this Court sentenced him to a term of imprisonment of Time Served and placed him on a term of

supervised release for 36 months (Doc. 255). Randolph Picchi is currently serving his term of supervised release.

RANDOLPH PICCHI hereby requests the Court exonerate the bond set by the Magistrate Judge and order the Clerk of the Court to return the Certificate of Title to the 1998 Harley Davidson described in Doc. 125 to his attorney, **John F. Garland**, who will return said Certificate of Title to the owner, Fred Donahue.

Dated: September 9, 2026

Respectfully submitted,

/s/ John F. Garland
John F. Garland
Attorney for Defendant
Randolph Picchi

**ORDER**

The bond of $10,000.00 secured by the Certificate of Title to a 1998 Harley Davidson deposited on behalf of Randolph Picchi by Fred Donahue is exonerated and the Clerk of the Court is directed to return the Certificate of Title to Randolph Picchi's attorney, John F. Garland at 2950 Mariposa Street, Suite 130, Fresno, CA 93721.

IT IS SO ORDERED.

Dated: **September 10, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE